**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF MARYLAND**

FILED _____ ENTERED
LODGED _____ RECEIVED

MAR 1 4 2016

CLERK U.S. DISTRICT COURT,
DISTRICT OF MARYLAND
BY _____ DEPUTY

MELODY A. RUSSELL
*Plaintiff*

vs                                              CIV: GLR16CV0607:

ARNOLD SCOTT HARRIS, P.C. et al
*Defendant*

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Plaintiff motions before this Honorable Court to dismiss all claims against Defendant WITH PREJUDICE. Without any admission of liability, both parties have resolved all of their disputes and settled all matters related to the Complaint filed by Plaintiff, and therefore, stipulate and agree to have the said cause DISMISSED WITH PREJUDICE.

WHEREFORE, the PLAINTIFF respectfully request this Court enter an Order, dismissing all claims against DEFENDANT WITH PREJUDICE.

RESPECTFULLY,

_____
THE PLAINTIFF

MOTION" GRANTED" this 14th day
of MARCH 20 16
_____
GEORGE L. RUSSELL, III, U.S.D.J